IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK and 05-cv-643-JLK)**

Bankruptcy Case No. 04-19176

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

---

**AMENDED ORDER OF CONSOLIDATION**

---

Kane, J.

For ease of administration and docketing, Civil Action Nos. 05-cv-00247-JLK, 00306-JLK, 00641-JLK, and 00643-JLK are ordered to be CONSOLIDATED with 04-cv-1615-JLK. The caption to be used in matters relating to any one or more of these actions remains the caption ordered at page 5 of the Amended Scheduling Order dated April 21, 2005. All filings should bear the 04-1615 Civil Action Number and a parenthetical stating "consolidated with" the remaining civil action numbers. Individual filings should continue to identify whether they "PERTAIN TO ALL CASES" or to a specific individual case only. Docketing shall be in Lead Case 04-1615. **All pleadings should be filed only in the lead case.**

Dated: June 29, 2005.

BY THE COURT:

                S/**John L. Kane**
                Senior Judge, United States District Court