IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK and 05-cv-643-JLK)**

Bankruptcy Case No. 04-19176

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

This Minute Order relates to **05-cv-247 (Webber) only**

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The stipulated Joint Motion to Dismiss Count IV of Plaintiffs' Complaint (Doc. # 100) filed by Defendant AST and the Webbers is GRANTED. Count IV of Plaintiffs' Complaint regarding strict liability is DISMISSED with prejudice.

Dated: July 14, 2005