IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK**, **05-cv-643-JLK, and 05-cv-1369-JLK)**

Bankruptcy Case No. 04-19176

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

This Minute Order relates to **05-cv-641 (Blumberg)**

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Plaintiff Scott Blumberg's Agreed Motion for Leave to Amend Opposition Brief and to Amend Briefing Schedule (doc. #140), filed October 5, 2005, is **GRANTED.** Amended opposition brief is due October 7, 2005; defendant's reply is due November 8, 2005

Dated: October 5, 2005