IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK**, **05-cv-643-JLK, and 05-cv-1369-JLK)**

Bankruptcy Case No. 04-19176

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

This Order relates to **05-cv-1369 (Newberry)**

**ORDER**

Kane, J.

The Voluntary Dismissal with Prejudice of all Claims against A to Z Cosmetics, Inc. In the action entitled Thomas Newberry v. AST Sports Science, Inc., and A to Z Cosmetics, Inc. and Vitamin Shoppe Industries, Inc., (doc. #152), filed October 28, 2005, is approved. All claims of the plaintiff, Thomas Newberry, and any and all cross-claims of the defendants, AST Sports Science, Inc. and Vitamin Shoppe Industries, Inc., which have or may be made against A to Z Cosmetics, Inc. are here dismissed with prejudice.

Dated:  November 7, 2005

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court