IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK**, **05-cv-643-JLK, and 05-cv-1369-JLK)**

Bankruptcy Case No. 04-19176

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

This Minute Order relates to **all cases**

# MINUTE ORDER

Judge John L. Kane **ORDERS**

The Joint Motion to Amend April 20, 2005 Scheduling Order (Doc. 165) is **GRANTED**. As requested, the deadlines for completing Phase II discovery and for scheduling mediation are extended to January 31, 2006.

Dated: December 5, 2005