IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK**, **05-cv-643-JLK, and 05-cv-1369-JLK)**

Bankruptcy Case No. 04-19176

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

This Minute Order relates to **05-cv-1369-JLK (NEWBERRY)**

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Counsel's Request to Withdraw (doc. #173) is **GRANTED.** Brian A. Bender and Harris Beach, PLLC are permitted to withdraw as counsel of record for defendant AST Sports.

Dated: January 5, 2006