**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John J. Kane**

Civil Action No. **04-CV-01615-JLK**
Bankruptcy Case No. 04-19176

IN RE:

AST SPORTS SCIENCE, INC. EPHEDRA CASES

PERTAINS TO ALL CASES

---

**ORDER RE JOINT STATUS REPORT (doc. #186) AND AMENDMENT TO SCHEDULING ORDER FOR ADDITIONAL FACT AND EXPERT DISCOVERY (PHASE II DISCOVERY)**

---

Judge John L. Kane **ORDERS**

Based on the need for additional discovery, the time for expert discovery and disclosures shall be extended sixty (60) days as set forth bellow:

    A.    **BROWN (04-CV-306) AND BLUMBERG (05-CV-641)**

With respect to *Blumberg*, AST and Blumberg are currently in a dispute in the Bankruptcy Court regarding whether or not Blumberg has an enforceable settlement with respect to AST. AST and Blumberg continue to discuss possible settlement of the *Blumberg* case.

The following is proposed as the Phase II Discovery Schedule for the *Brown* and *Blumberg* matters and has been agreed to by counsel for the parties:

**PHASE II DISCOVERY SCHEDULE FOR BROWN AND BLUMBERG:**

1. Remaining fact discovery to be completed by August 1, 2006.

2. Plaintiffs' (Brown's and Blumberg's) Rule 26 expert disclosures shall be submitted by September 1, 2006.

3. Co-defendants' and AST's Rule 26 expert disclosures (including cross-claim expert disclosures of all parties) shall be submitted by December 1, 2006, and depositions of the Plaintiffs' expert witnesses shall take place on

    or before December 1, 2006.

  4. Rebuttal disclosures shall be submitted by March 1, 2007, and depositions of the Defendants' experts and Cross-claim experts shall take place on or before March 1, 2007.

  5. *Daubert* motions shall be filed by April 1, 2007.

B. **SMOOT (04-CV-2367)**

 **PHASE II DISCOVERY SCHEDULE FOR SMOOT:**

  1. Fact discovery to be completed by August 1, 2006. Discovery between plaintiff and GN Oldco is proceeding in the Ephedra MDL pursuant to that court's discovery schedule.

  2. AST must complete depositions of Plaintiff's experts and disclose experts, if any, by October 1, 2006. Counsel for AST will use its best efforts to avoid duplication of deposition testimony of Plaintiff Smoot's experts taken by GN Oldco. Plaintiff and GN Oldco have disclosed experts with regard to the injury claim in this case in the MDL proceedings, and limited addtional disclosures are due in the MCL on July 3, 2006.

  3. AST and GN Oldco must each disclose experts, if any, regarding GN Oldco's crossclaims by October 1, 2006.

  4. AST and GN Oldco must complete discovery of the crossclaim experts by November 1, 2006.

  5. Daubert motions shall be filed by December 1, 2006.

C. **ARNOLD (O5-CV-643)**

During the mediation held on January 16-17, 2006, the *Arnold* case settled. The *Arnold* case was the only case that had insurance coverage.

D. **WEBBER (05-CV-247)**
E. **NEWBERRY (05-CV-1369)**

Subject to Plan confirmation, the parties have reached settlement in the *Webber* and *Newberry* cases.

Dated this 19th day of June, 2006

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court