**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. **04-CV-1615-JLK**
Bankruptcy Case No. **04-19176**

IN RE:

**AST SPORTS SCIENCE, INC. EPHEDRA CASES**

**PERTAINS TO 05-K-306 (BROWN)**

_____

**ORDER RE: PARTIAL STIPULATION
OF DISMISSAL WITH PREJUDICE**

_____

**THE COURT**, having reviewed the Partial Stipulation of Dismissal with Prejudice filed by the parties under Fed.R.Civ.P. 41(a)(1)(ii) and being fully advised on the premises, **HEREBY ORDERS** as follows:

1. The Partial Stipulation is **ACCEPTED**.

2. All claims by Connie and Shane Brown against MuscleMaster.com are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys fees and costs, with no interest awarded, and with all appeal rights waived.

3. All claims by MuscleMaster.com against Fitness Technologies, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys fees and costs, with no interest awarded, and with all appeal rights waived.

4. All claims by MuscleMaster.com against AST Sports Science, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys fees and costs, with no interest awarded, and with all appeal rights waived.

5.All claims by Fitness Technologies, Inc. against AST Sports Science, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys fees and costs, with no interest awarded, and with all appeal rights waived.

6.All claims by AST Sports Science, Inc. against Fitness Technologies, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys fees and costs, with no interest awarded, and with all appeal rights waived.

7.All claims by AST Sports Science, Inc. against MuscleMaster.com are **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys fees and costs, with no interest awarded, and with all appeal rights waived

8.The claims by Connie and Shane Brown against AST Sports Science, Inc. are not dismissed and that case shall proceed under existing orders of this Court.

Dated this 14^(TH) day of July, 2006.

BY THE COURT:

s/John L. Kane
Judge John L. Kane
U.S. District Court, District of Colorado