IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK**, **05-cv-643-JLK, and 05-cv-1369-JLK)**

Bankruptcy Case No. 04-19176

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

THIS ORDER PERTAINS TO CASE NO: 05-cv-643-JLK (ARNOLD)

## ORDER

**Kane, J.**

The Court, having considered the parties' Joint Stipulation of Dismissal, and being fully advised on the merits of the Joint Stipulation, has concluded that dismissal should be **GRANTED.**

**IT IS THEREFORE ORDERED** that all claims asserted in this matter between Plaintiff Lynn Arnold, individually and as survivor of Evangeline Mitchell (Kronk) and on behalf of all survivors and the Estate of Evangeline Mitchell, and Defendants, AST Sports Science, Inc., Paul Delia, Netrition, Inc., Illinois Union Insurance Company, ACE USA, and Crawford Technical Services are **DISMISSED WITH PREJUDICE,** each party to bear its own costs and fees.

Dated this 27th day of November, 2006.

**s/John L. Kane**
SENIOR U.S. DISTRICT JUDGE