IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK,  05-cv-643-JLK, 05-cv-1369-JLK and           06-cv-1657-JLK)**

Bankruptcy Case No. 04-19176-ABC

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

THIS ORDER PERTAINS TO CASE NO: **06-cv-1657-JLK (BLUMBERG)**

---

## ORDER

---

**Kane, J.**

The Court has considered the Stipulated Motion to Dismiss (doc. #207), filed December 6, 2006.  The motion is **GRANTED.**  It is

**ORDERED** that Civil Action No. **06-cv-1657-JLK** is DISMISSED with prejudice, the parties to pay their own costs and attorney fees.

Dated this 6th day of December, 2006.

s/John L. Kane_____
SENIOR U.S. DISTRICT JUDGE