IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK**, **05-cv-643-JLK, 05-cv-1369-JLK and 06-cv-1657-JLK)**

Bankruptcy Case No. 04-19176-ABC

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

THIS ORDER PERTAINS TO CASE NO: **05-cv-1369-JLK (NEWBERRY)**

## ORDER

**Kane, J.**

Upon consideration of the Stipulation of Dismissal with Prejudice (doc. #209), filed April 19, 2007, it is

**ORDERED** that Civil Action No. **05-cv-1369-JLK** is DISMISSED with prejudice, the parties to pay their own costs and attorney fees.

Dated this 27th day of July, 2007.

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE