IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **04-cv-1615-JLK (consolidated with 05-cv-247-JLK, 05-cv-306-JLK, 05-cv-641-JLK**, **05-cv-643-JLK, 05-cv-1369-JLK and 06-cv-1657-JLK)**

Bankruptcy Case No. 04-19176-ABC

IN RE:

**AST SPORTS VS. EPHEDRA CASES**

THIS ORDER PERTAINS TO CASE NO: **Smoot v. AST and GNC only**

---

# ORDER

---

**Kane, J.**

Upon consideration of the Stipulation of Dismissal with Prejudice (doc. #212), filed June 6, 2007, it is

**ORDERED** that any and all claims asserted and/or assertable by Plaintiff Deborah K. Smoot as Executor/Administrator of the Estate of Tracy R. Smoot, Deceased, against Defendants AST Sports Science, Inc., GN Oldco Corporation, f/k/a General Nutrition Corporation and General Nutrition Companies, Inc., in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE**.  It is

**FURTHER ORDERED** that any and all cross-claims asserted and/or assertable by Defendant AST Sports Science, Inc. against Defendants GN Oldco Corporation, f/k/a General Nutrition Corporation and General Nutrition Companies, Inc., in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE**. It is

**FURTHER ORDERED** that any and all cross-claims asserted and/or assertable

by Defendants GN Oldco Corporation, f/k/a General Nutrition Corporation and General Nutrition Companies, Inc., against AST Sports Science, Inc., in the above-captioned lawsuit are **DISMISSED WITH PREJUDICE**. It is

**FURTHER ORDERED** that each party shall bear its own costs and fees.

Dated this 27th day of July, 2007.

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE